WAUKEEN Q. McCOY, ESQ.(SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530
E-mail: mccoylawsf@yahoo.com

SHYAMALA T. RAJENDER, ESQ. [SBN #69806]
RAJENDER LAW OFFICES
703 Market Street, Suite 1300
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530
E-mail: shyamala@aol.com

Attorneys for Plaintiff,
    Rebecca Cooper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA COOPER,<br><br>    Plaintiff,<br><br>UNITED PARCEL SERVICE OF AMERICA, INC., and DOEs 1-50, I<br><br>    Defendants. | Case No.: 3-10-cv-04764-CRB<br><br>**ORDER CONTINUING DATE FOR SPECIAL HEARING**<br><br>Old Date:  August 5, 2011<br>New Date: August 12, 2011<br>Time:      10:00 a.m.<br>Place:     Court Room #6, 17th Floor |

    The Stipulation and Request Continuing the date for the hearing in this matter currently scheduled for August 5, 2011, at 10:00 a.m., is hereby approved. The statements of reason for the stipulation and request as set forth in paragraph 2 of the Stipulation are adopted as findings by the court. For the reasons stated, IT IS HEREBY ORDERED:

The date for the special hearing in this matter and the same is hereby continued from August 5, 2011, at 10:00 a.m. to to August 12, 2011, at 10:00 a.m. in Court Room No. 6.

Dated: _____ August 3 , 2011, at San Francisco, CA.



_____
Charles R. Breyer
United

- 2 -
**ORDER CONTINUING DATE OF HEARING**
REBECCA COOPER v. UNITED PARCEL SERVICE et al
Case No. 3-10-cv-04764-CRB