1   WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
    LAW OFFICES OF WAUKEEN Q. McCOY
2   703 Market Street, Suite 1407
    San Francisco, California 94103
3   Telephone (415) 675-7705
    Facsimile (415) 675-2530

4

5   SHYAMALA T. RAJENDER, ESQ. (SBN: 69806)
    RAJENDER LAW OFFICES
6   4115 Blackhawk Plaza Circle
    Suite 100
7   Danville, CA 94506
    Telephone (925) 648-2028
8   Facsimile (925) 648-2035

9   Attorneys for Plaintiff
    REBECCA COOPER

10

11  VILLARREAL HUTNER & TODD PC
    LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
12  E-Mail: lhutner@vhtattorneys.com
    JESSICA N. LEAL, ESQ., Cal Bar No. 267232
13  E-Mail: jleal@vhtattorneys.com
    575 Market Street, Suite 300
14  San Francisco, California  94105
    Telephone: 415.543.4200
15  Facsimile: 415.512.7674

16  Attorneys for Defendant
    UNITED PARCEL SERVICE, INC.,
17  an Ohio Corporation
    (erroneously named as "UNITED PARCEL
18  SERVICE OF AMERICA, INC.")

19                      UNITED STATES DISTRICT COURT

20      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

21

22  REBECCA COOPER, an individual,          Case No. CV 10-04764 CRB

23              Plaintiff,                  JOINT STIPULATION AND [PROPOSED]
                                            ORDER TO RESCHEDULE
24          v.                              CASE MANAGEMENT CONFERENCE

25  UNITED PARCEL SERVICE OF AMERICA,
    INC., and DOES 1-50,                    Date:   December 2, 2011
26                                          Time:  8:30 a.m.
                Defendants.                 Judge: Hon. Charles R. Breyer
27

28

_____
CASE NO. CV 10-04764 CRB                    JOINT STIPULATION AND [PROPOSED] ORDER  TO
                                            RESCHEDULE CASE MANAGEMENT CONFERENCE

1    Plaintiff Rebecca Cooper (hereinafter "Plaintiff"), through her counsel Law Offices of

2 Waukeen Q. McCoy and Rajender Law Offices, and Defendant United Parcel Service, Inc.

3 (erroneously named as United Parcel Service of America, Inc., hereinafter "UPS"), through its

4 counsel Villarreal Hutner & Todd PC, (collectively "the Parties") do hereby agree and stipulate to

5 reschedule the December 2, 2011 case management conference for good cause for the reasons set

6 forth below, and as supported by the Declarations of Waukeen Q. McCoy and Lara Villarreal

7 Hutner.

8    1.    On August 26, 2011, Plaintiff's counsel, Waukeen Q. McCoy, noticed the

9 deposition of Plaintiff's former manager Victor Neals for November 2, 2011.  This date was

10 selected based on the Parties' availability in advance of the settlement conference initially

11 scheduled with Magistrate Judge Maria Elena James for November 15, 2011.

12    2.    On October 31, 2011, Mr. McCoy notified UPS that he had to cancel Mr. Neals's

13 November 2nd deposition due to a conflict.

14    3.    As the Parties were unavailable to reschedule Mr. Neals's deposition prior to the

15 November 15th settlement conference with Magistrate Judge James, the Parties stipulated to

16 reschedule the settlement conference.  Counsel for the Parties each believed that a settlement

17 conference would be most meaningful after the completion of Mr. Neals's deposition.

18    4.    Given the holiday period from Thanksgiving to New Years is UPS's busiest season,

19 the Parties have agreed to reschedule Mr. Neals's deposition to January 10, 2012, which is a time

20 less disruptive to the company's peak season and when all parties and Mr. Neals are available.

21    5.    The next date following Mr. Neals's deposition that the Parties and Magistrate

22 Judge James were available for a settlement conference is February 1, 2012.  The Parties

23 submitted a joint request that the Court reschedule the settlement conference to February 1, 2012.

24 The Court granted this request on November 4, 2011.

25    6.    A case management conference is currently on calendar for December 2, 2011.

26 This conference initially was set to occur after the originally scheduled settlement conference if

27 the Parties were unable to resolve the case on November 15, 2011.  Now that the settlement

28

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER  TO
RESCHEDULE CASE MANAGEMENT CONFERENCE

1   conference has been rescheduled for February 1, 2012, the Parties respectfully submit this joint

2   request that the Court reschedule the case management conference to a date after February 1,

3   2012.

4           7.       Counsel for the Parties each believe that a case management conference will be

5   most meaningful after the completion of the February 1, 2012 settlement conference with

6   Magistrate Judge James.  As a result, the request to reschedule the December 2, 2011 case

7   management conference is being made jointly, for good cause, and by stipulation.

8

9   SO STIPULATED:

10  Dated:  November 15, 2011            LAW OFFICES OF WAUKEEN Q. McCOY, and
                                         RAJENDER LAW OFFICES
11

12

13                                       By  _____/s/ Waukeen Q. McCoy_____
                                             WAUKEEN Q. McCOY
14                                           SHYAMALA T. RAJENDER

15                                           Attorneys for Plaintiff
                                             REBECCA COOPER
16

17

18  Dated:  November 15, 2011            VILLARREAL HUTNER & TODD PC

19

20                                       By  _____/s/ Lara Villarreal Hunter_____
                                             LARA VILLARREAL HUTNER
21                                           JESSICA N. LEAL

22
                                             Attorneys for Defendant
23                                           UNITED PARCEL SERVICE, INC.,
                                             an Ohio Corporation (erroneously named as "UNITED
24                                           PARCEL SERVICE OF AMERICA, INC.")

25

26

27

28
                                             - 2 -
    CASE NO. CV 10-04764 CRB                  JOINT STIPULATION AND [PROPOSED] ORDER  TO
                                              RESCHEDULE CASE MANAGEMENT CONFERENCE

1   IT IS SO ORDERED that:

2       1.    The December 2, 2011 case management conference is taken off calendar.

3       2.    The Parties' next case management conference will be rescheduled after the

4   February 1, 2012 settlement conference with Magistrate Judge James, on

5   _____ February 10 , 2012 at 8:30 a.m.

6

7

8   Dated: _____ November 18 , 2011      By _____

9                                  Honorable Judge Charles R. Breyer



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 10-04764 CRB                 JOINT STIPULATION AND [PROPOSED] ORDER TO
                                        RESCHEDULE CASE MANAGEMENT CONFERENCE