WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

SHYAMALA T. RAJENDER, ESQ. (SBN: 69806)
RAJENDER LAW OFFICES
4115 Blackhawk Plaza Circle
Suite 100
Danville, CA 94506
Telephone (925) 648-2028
Facsimile (925) 648-2035

Attorneys for Plaintiff
REBECCA COOPER

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
JESSICA N. LEAL, ESQ., Cal Bar No. 267232
E-Mail: jleal@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.,
an Ohio Corporation
(erroneously named as "UNITED PARCEL SERVICE OF AMERICA, INC.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA COOPER, an individual, | Case No. CV 10-04764 CRB |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED PARCEL SERVICE OF AMERICA, INC., and DOES 1-50, | Date:  December 2, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. Charles R. Breyer |
| Defendants. | |

CASE NO. CV 10-04764 CRB         JOINT STIPULATION AND [PROPOSED] ORDER TO
                                 RESCHEDULE CASE MANAGEMENT CONFERENCE

Plaintiff Rebecca Cooper (hereinafter "Plaintiff"), through her counsel Law Offices of Waukeen Q. McCoy and Rajender Law Offices, and Defendant United Parcel Service, Inc. (erroneously named as United Parcel Service of America, Inc., hereinafter "UPS"), through its counsel Villarreal Hutner & Todd PC, (collectively "the Parties") do hereby agree and stipulate to reschedule the December 2, 2011 case management conference for good cause for the reasons set forth below, and as supported by the Declarations of Waukeen Q. McCoy and Lara Villarreal Hutner.

1. On August 26, 2011, Plaintiff's counsel, Waukeen Q. McCoy, noticed the deposition of Plaintiff's former manager Victor Neals for November 2, 2011. This date was selected based on the Parties' availability in advance of the settlement conference initially scheduled with Magistrate Judge Maria Elena James for November 15, 2011.

2. On October 31, 2011, Mr. McCoy notified UPS that he had to cancel Mr. Neals's November 2nd deposition due to a conflict.

3. As the Parties were unavailable to reschedule Mr. Neals's deposition prior to the November 15th settlement conference with Magistrate Judge James, the Parties stipulated to reschedule the settlement conference. Counsel for the Parties each believed that a settlement conference would be most meaningful after the completion of Mr. Neals's deposition.

4. Given the holiday period from Thanksgiving to New Years is UPS's busiest season, the Parties have agreed to reschedule Mr. Neals's deposition to January 10, 2012, which is a time less disruptive to the company's peak season and when all parties and Mr. Neals are available.

5. The next date following Mr. Neals's deposition that the Parties and Magistrate Judge James were available for a settlement conference is February 1, 2012. The Parties submitted a joint request that the Court reschedule the settlement conference to February 1, 2012. The Court granted this request on November 4, 2011.

6. A case management conference is currently on calendar for December 2, 2011. This conference initially was set to occur after the originally scheduled settlement conference if the Parties were unable to resolve the case on November 15, 2011. Now that the settlement

conference has been rescheduled for February 1, 2012, the Parties respectfully submit this joint request that the Court reschedule the case management conference to a date after February 1, 2012.

7. Counsel for the Parties each believe that a case management conference will be most meaningful after the completion of the February 1, 2012 settlement conference with Magistrate Judge James. As a result, the request to reschedule the December 2, 2011 case management conference is being made jointly, for good cause, and by stipulation.

SO STIPULATED:

Dated: November 15, 2011        LAW OFFICES OF WAUKEEN Q. McCOY, and
                                RAJENDER LAW OFFICES


                                By    /s/ Waukeen Q. McCoy
                                      WAUKEEN Q. McCOY
                                      SHYAMALA T. RAJENDER

                                      Attorneys for Plaintiff
                                      REBECCA COOPER


Dated: November 15, 2011        VILLARREAL HUTNER & TODD PC


                                By    /s/ Lara Villarreal Hunter
                                      LARA VILLARREAL HUTNER
                                      JESSICA N. LEAL

                                      Attorneys for Defendant
                                      UNITED PARCEL SERVICE, INC.,
                                      an Ohio Corporation (erroneously named as "UNITED
                                      PARCEL SERVICE OF AMERICA, INC.")

- 2 -

CASE NO. CV 10-04764 CRB          JOINT STIPULATION AND [PROPOSED] ORDER TO
                                  RESCHEDULE CASE MANAGEMENT CONFERENCE

1  IT IS SO ORDERED that:

2      1.    The December 2, 2011 case management conference is taken off calendar.

3      2.    The Parties' next case management conference will be rescheduled after the

4  February 1, 2012 settlement conference with Magistrate Judge James, on

5  _____February 10__, 2012 at 8:30 a.m.

8  Dated: _____November 18_, 2011     By _____

9                                                Honorable Judge Charles R. Breyer



- 3 -

CASE NO. CV 10-04764 CRB          JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE