WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

SHYAMALA T. RAJENDER, ESQ. (SBN: 69806)
RAJENDER LAW OFFICES
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone (415) 348-1600
Facsimile (415) 675-2530

Attorneys for Plaintiff
REBECCA COOPER

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
JESSICA N. LEAL, ESQ., Cal Bar No. 267232
E-Mail: jleal@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.,
an Ohio Corporation
(erroneously named as "UNITED PARCEL
SERVICE OF AMERICA, INC.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA COOPER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE OF AMERICA, INC., and DOES 1-50,<br><br>    Defendants. | Case No. CV 10-04764 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Date: February 10, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. Charles R. Breyer |

---

CASE NO. CV 10-04764 CRB        JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1    Plaintiff Rebecca Cooper (hereinafter "Plaintiff"), through her counsel Law Offices of Waukeen Q. McCoy and Rajender Law Offices, and Defendant United Parcel Service, Inc. (erroneously named as United Parcel Service of America, Inc., hereinafter "UPS"), through its counsel Villarreal Hutner & Todd PC, (collectively "the Parties") do hereby agree and stipulate to reschedule the February 10, 2012 case management conference for good cause for the reasons set forth below, and as supported by the Declaration of Waukeen Q. McCoy.

1. On November 4, 2011, the Court ordered the Parties to a settlement conference with Magistrate Judge Maria Elena James on February 1, 2012.

2. A case management conference is currently on calendar for February 10, 2012. On January 18, 2012, Plaintiff's counsel notified UPS that he had a conflict with the February 10, 2012 date for the case management conference.

3. While the parties were meeting and conferring on a new date for the case management conference, counsel received a Notice of Continuance of Settlement Conference, which changed the date of the settlement conference from February 1, 2012, to April 6, 2012.

4. Due to counsel for UPS's prescheduled vacation during this time, the Court granted the Parties' stipulated request to continue the settlement conference to April 25, 2012.

5. Now that the settlement conference has been rescheduled for April 25, 2012, the Parties respectfully submit this joint request that the Court reschedule the case management conference to a date after April 25, 2012.

6. Counsel for the Parties each believe that a case management conference will be most meaningful after the completion of the April 25, 2012 settlement conference with Magistrate Judge James. As a result, the request to reschedule the February 10, 2012 case management conference is being made jointly, for good cause, and by stipulation.

///
///
///
///

- 1 -

CASE NO. CV 10-04764 CRB         JOINT STIPULATION AND [PROPOSED] ORDER TO
                                 RESCHEDULE CASE MANAGEMENT CONFERENCE

SO STIPULATED:

Dated: January 27, 2012      LAW OFFICES OF WAUKEEN Q. McCOY, and
                             RAJENDER LAW OFFICES

                             By _____
                                 WAUKEEN Q. McCOY
                                 SHYAMALA T. RAJENDER

                             Attorneys for Plaintiff
                             REBECCA COOPER

Dated: January 27, 2012      VILLARREAL HUTNER & TODD PC

                             By _____
                                 LARA VILLARREAL HUTNER
                                 JESSICA N. LEAL

                             Attorneys for Defendant
                             UNITED PARCEL SERVICE, INC.,
                             an Ohio Corporation (erroneously named as "UNITED
                             PARCEL SERVICE OF AMERICA, INC.")

IT IS SO ORDERED that:

1. The February 10, 2012 case management conference is taken off calendar.

2. The Parties' next case management conference will be rescheduled after the April 25, 2012 settlement conference with Magistrate Judge James, on _____April 27_____, 2012.

Dated: Jan. 30, 2012 , 2012   By _____
                                 IT IS SO ORDERED
                                 Judge Charles R. Breyer

- 2 -

CASE NO. CV 10-04764 CRB           JOINT STIPULATION AND [PROPOSED] ORDER TO
                                   RESCHEDULE CASE MANAGEMENT CONFERENCE